Dismissed and Memorandum Opinion filed March 24, 2005









Dismissed and Memorandum Opinion filed March 24, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00741-CR

____________

 

ROBERT AGUILAR,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
268th District Court

 Fort Bend County, Texas

Trial Court Cause No. 39,535 

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to assault.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on August
2, 2004, to confinement for 200 days in the in the Fort Bend County jail.  Appellant filed a notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 24, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).